UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SUSAN ASBY,                              ) | |
|     Plaintiff,     ) | |
| ) | **JUDGMENT** |
| v.                                                  ) | No. 4:15-cv-7-F |
| ) | |
| CHASE BANK USA, N.A. and        ) | |
| OBI LININGS, INC.,                       ) | |
|     Defendants.  ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Chase's Motion to Dismiss [DE-5] is ALLOWED IN PART and DISMISSED IN PART as moot. OBI's Motion to Dismiss [DE-10] is DISMISSED AS MOOT. This matter is REMANDED to Beaufort County Superior Court, Washington, North Carolina. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on August 21, 2015, and Copies To:**

Charles L. McLawhorn, Jr. (via CM/ECF electronic notification)
Milind Kumar Dongre (via CM/ECF electronic notification)
Richard Scott Adams (via CM/ECF electronic notification)
Gary H. Clemmons (via CM/ECF electronic notification)

DATE                                                                JULIE RICHARDS JOHNSTON, CLERK
August 21, 2015                                                /s/ Jacqueline B. Grady
                                                                              (By) Jacqueline B. Grady, Deputy Clerk